UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE

CRIMINAL ACTION NO. 7:02-cr-11-KKC
CIVIL ACTION NO. 05-339-KKC

UNITED STATES OF AMERICA  PLAINTIFF

VS:  O R D E R

VIRGIL COLEMAN  DEFENDANT

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the "Motion to Vacate, Set Aside or Correct Sentence" [R. 35] by the *pro se* defendant. The matter was then referred to the United States Magistrate Judge for consideration.

On March 31, 2006, 2005, the Magistrate Judge filed her Report and Recommendation [R. 42]. Based on a review of the record and applicable law, the Magistrate Judge recommended that the Defendant's motion should be denied, and gave the parties ten (10) days to file objections.

The United States has filed their response to the Magistrate Judge's Report and Recommendation [R. 38] and the Defendant has filed a reply to that response [R. 41]. This Court must make a *de novo* determination of those portions of the Magistrate Judge's proposed report and recommendation to which objection is made. 28 U.S.C. § 636(b)(1)(C). Having considered plaintiff's objections, which the Court finds to be without merit, and having made a *de novo* determination, the Court hereby adopts the Magistrate Judge's proposed findings of fact and conclusions of law.

Having examined the record, the Court is in agreement with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court, being otherwise sufficiently advised, **HEREBY ORDERS** that:

(1) The Magistrate Judge's Report and Recommendation [R. 42] is hereby **ADOPTED** as the opinion of the Court.

(2) The Motion to Vacate or Set Aside Sentence is hereby DENIED; and

(3) This action is dismissed with prejudice and stricken from the active docket.

This 2nd day of May, 2006.

Signed By:

*Karen K. Caldwell* KKC

**United States District Judge**